# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

September 27, 2010

**Before**

DIANE S. SYKES, *Circuit Judge*

Nos. 08-2512 & 08-2443

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the |
| *Plaintiff-Appellant/* | United States District Court for the |
| *Cross-Appellee,* | Northern District of Illinois, |
| | Eastern Division. |
| *v.* | |
| | No. 05 CR 756 |
| BERNARD ELLIS, | |
| *Defendant-Appellee/* | Wayne R. Andersen, |
| *Cross-Appellant.* | *Judge.* |

| | |
|---|---|
| No. 08-4055 | Appeal from the |
| | United States District Court for the |
| UNITED STATES OF AMERICA, | Northern District of Indiana, |
| *Plaintiff-Appellee,* | South Bend Division. |
| | |
| *v.* | No. 3:05 CR 131 |
| | |
| BERNARD ELLIS, | Robert L. Miller, Jr. |
| *Defendant-Appellant.* | *Judge.* |

**O R D E R**

Upon consideration of DEFENDANT-APPELLANT'S MOTION TO AMEND OPINION filed by counsel on September 22, 2010,

IT IS ORDERED that the motion is GRANTED.  The slip opinion issued on September 17, 2010, is amended in two ways.  First, the last two sentences of the first paragraph of the opinion are replaced with the following two sentences: "Ellis appealed his conviction and sentence in the Indiana case, and the government appealed the district court's sentencing decision in the Illinois case.  Ellis then cross-appealed in the Illinois case challenging the reasonableness of the sentence."  Second, the caption for the Illinois appeals is amended to reflect that the United States is the Plaintiff-Appellant/Cross-Appellee and Bernard Ellis is the Defendant-Appellee/Cross-Appellant.